UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  
CARRIN DENISE JAMES

Case No: 8:21-bk-00038-MGW  
Chapter: 7

Debtors.

_____/

**NOTICE OF FILING**
**AMENDED STATEMENT OF SOCIAL SECURITY NUMBER**

COMES NOW, Carrin Denise James, and files this Notice of filing an Amended Statement of Social Security Number (Doc. No. 9), to correct the Debtor's social security number.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing and Amended Statement of Social Security Numbers, containing the Debtor's complete and corrected social security number, has been furnished by first class U.S. Mail to all parties in interest listed on the attached matrix and to Chapter 7 Trustee, Christine L Herendeen, on this **21st** day of **January**, **2021**

Eva Donohue, P.A.

*/s/ Eva M. Donohue*

_____
EVA M. DONOHUE, ESQ.
FBN: 0576581
PO Box 5074
Lakeland, FL 33807
Phone: 863-687-6400
Fax: 863-687-6440
Email: info@emdlawfirm.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:21-bk-00038-MGW<br>Middle District of Florida<br>Tampa<br>Thu Jan 21 12:41:25 EST 2021 | AT&T Mobility<br>P.O. Box 536216<br>Atlanta, GA 30353-6216 | Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Comdata<br>5301 Maryland Way<br>Brentwood, TN 37027-5028 | DirectTV<br>P.O. Box 105261<br>Atlanta, GA 30348-5261 |
| ETI Financial Corporation<br>1551 Sawgrass Corporate Pkwy<br>Suite 130<br>Sunrise, FL 33323-2828 | FDOT<br>PO Box 31241<br>Tampa, FL 33631-3241 | Frontier Communications<br>PO Box 5157<br>Tampa, FL 33675-5157 |
| Grow Financial Fcu<br>Pob 6824<br>Tampa, FL 33608-6824 | HRRG<br>PO Box 8486<br>Coral Springs, FL 33075-8486 | I.c. System, Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| Inphynet Contra<br>1643 Nw 136th Ave<br>Sunrise, FL 33323-2857 | Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lakeland Regional Health<br>PO Box 95448<br>Lakeland, FL 33804-5448 |
| Mercedes-Benz Financial Svcs<br>PO Box 5260<br>Carol Stream, IL 60197-5260 | National Indemnity<br>1314 Douglas Street<br>Suite 1400<br>Omaha, NE 68102-1944 | Polk County Court<br>255 N. Broadway Ave.<br>Bartow, FL 33830-3912 |
| PrePas Billing Department<br>101 North 1st Avenue<br>Suite 2200<br>Phoenix, AZ 85003-1908 | Progressive Commercial Auto<br>Insurance<br>PO Box 94739<br>Cleveland, OH 44101-4739 | Tampa General Hospital<br>PO Box 100936<br>Atlanta, GA 30384-0936 |
| Tampa-Hillsborough<br>Expessway Authority<br>PO Box 865460<br>Orlando, FL 32886-5460 | Underwriters at Lloyds, Lond<br>181 West Madison Street<br>Suite 3780<br>Chicago, IL 60602-4510 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Verizon Bankruptcy Dept<br>500 Technology Dr #550<br>Saint Charles, MO 63304-2225 | Watson Clinc, LLP<br>P.O. Box 95004<br>Lakeland, FL 33804-5004 | Wells Fargo Bank<br>Credit Bureau Dispute Resoluti<br>Des Moines, IA 50306 |
| Carrin Denise James<br>2110 Smithfield Circle South<br>Lakeland, FL 33801-6633 | Christine L Herendeen<br>Post Office Box 152348<br>Tampa, FL 33684-2348 | Eva M Donohue<br>The Law Office of Eva M. Donohue, P.A.<br>PO Box 5074<br>Lakeland, FL 33807-5074 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cardmember Service
PO Box 790084
Saint Louis, MO 63166-0108

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29