ORDERED.

Dated: March 17, 2021

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

CARRIN DENISE JAMES,            BANKRUPTCY CASE
                                                   NO.: 8:21-bk-00038-MGW

      Debtor.
_____/          CHAPTER 7

**ORDER APPROVING TRUSTEE'S APPLICATION
TO EMPLOY COUNSEL FOR SPECIAL PURPOSE**

**THIS MATTER** came on for consideration upon Trustee's Application to Employ Counsel for Special Purpose (Doc. No. 19, the "Application"). This Court finds that proposed counsel for special purpose does not hold or represent an interest adverse to the estate and is disinterested. Accordingly, it is

**ORDERED** the Court hereby approves the employment of Brian L. Shrader of Shrader Law, PLLC and its Attorneys as counsel for special purpose to the Trustee in this bankruptcy case commencing on, the date of the Section 341 Meeting of Creditors in this case. No payment shall be made to counsel until authorized by further order of this Court, with counsel's fees and expenses, together with their payment, subject to further review by this Court upon application. Compensation will be determined later in accordance with 11 U.S.C. Section 330.

Shrader Law, PLLC is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.