**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**

| | |
|---|---|
| **CARRIN DENISE JAMES,** | **BANKRUPTCY CASE NO.: 8:21-bk-00038-MGW** |
| Debtor. | |
| _____/ | **CHAPTER 7** |

**PROOF OF SERVICE**

I HEREBY CERTIFY that on March 17, 2021, a true and correct copy of the Order Approving Trustee's Application to Employ Counsel for Special Purpose (Doc. 20) was served by United States mail or by CM/ECF after the docketing of the pleading if the recipient is a registered CM/ECF user to: Carrin Denise James, 1835 Crystal Grove Drive, Lakeland, FL 33801; Eva Donohue, Esq., P.O. Box 5074, Lakeland, FL 33807; Christine Herendeen, PO Box 152348 Tampa, FL 33684; United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk St., Tampa, FL 33602.

Dated: March 17, 2021

Respectfully Submitted,

**SHRADER LAW, PLLC**
612 W. Bay Street
Tampa, FL 33606
Phone: (813) 360-1529
Fax:    (813) 336-0832

/s/ Brian L. Shrader
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@shraderlawfirm.com
*Attorney for Trustee*