ORDERED.

Dated: August 13, 2021

Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:21-bk-00038-MGW
Chapter 7

Carrin Denise James,

    Debtor(s).
_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM NO. 2

THIS CASE came on for consideration on the Trustee's Objection to Claim No. 2 (Doc. No. 27, hereinafter Objection) which was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 30 days of the date of service. No party filed an objection within the time permitted, and the Court therefore considers the matter to be unopposed. The Court has considered the Objection, together with the record, and finds that it should be sustained. Accordingly, it is

**ORDERED** that the Objection is sustained. Claim No. 2 filed by Mercedes-Benz Financial Services USA LLC is disallowed.

Trustee Christine L. Herendeen is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.